FILED

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>     Plaintiff,  )  <br>  )  <br>  v.  )  <br>  )  <br>  RODRIGO ADRIAN BARRA-GUERRERO, )  <br>  )  <br>     Defendant.  )  <br>  ) | Criminal Case No. 08cr2691-H <br><br> I N F O R M A T I O N <br><br> Title 18, U.S.C., Section 1001- False Statement to a Federal Officer (Felony) |

The United States Attorney charges:

On or about July 18, 2008, within the Southern District of California, defendant RODRIGO ADRIAN BARRA-GUERRERO, in a matter within the jurisdiction of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Department of Homeland Security, Customs and Border Protection Officer, that his name was Philip Martin Shammas, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: August 14, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:lml:7/25/08