# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

WAIVER OF INDICTMENT

v.

RODRIGO ADRIAN BARRA-GUERRERO

CASE NUMBER: 08 CR 2691-H

I, <u>Rodrigo Adrian Barra-Guerrero</u>, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on __8-14-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
RODRIGO ADRIAN BARRA-GUERRERO
Defendant

_____
DONALD L. LEVINE
Counsel for Defendant

Before _____
       JUDICIAL OFFICER

CJB:lml:7/25/08